UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAZEM KARABEBER, M.D.,

        Plaintiff,

- against -

MEMORIAL SLOAN-KETTERING CANCER CENTER a/k/a MSKCC, DOROTHY DAMON individually and in her capacity as Vice President of Clinical Research Operations at MSKCC, JACLYN NUNNER individually and in her capacity as Research Program Manager at MSKCC and JOANNE NICHOLLS individually and in her capacity as Clinical Research Manager at MSKCC,

        Defendants.

**ORDER**

19 Civ. 6073 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
       January 16, 2020

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge